AO 91 (Rev. 11/11)  Criminal Complaint

FILED

MAY 2 4 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JUAN MILANO | ) | |
| | ) | 2:23-mj-92 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 16, 2023 _____ in the county of _____ Norfolk _____ in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. Section 70503 | Manufacture, Distribution, or Possession with Intent to Distribute More Than 5 Kilograms of Cocaine, a Schedule II Controlled Substance on a Vessel |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____

Reviewed by AUSA/SAUSA:
Kevin M. Comstock, AUSA

Sworn to before me and signed in my presence.

Date: _____ 05/24/2023 _____

City and state: _____ Norfolk, Virginia _____

_____
*Complainant's signature*

Gaelan A. Doskey, Special Agent HSI
*Printed name and title*

_____
*Judge's signature*

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*