

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk* Division

| | |
|---|---|
| IN THE MATTER OF THE ISSUANCE OF A CRIMINAL COMPLAINT RE: <br><br> EDISON COMTIN, JONATHAN MARTINEZ, CARLOS MARCANO, AND JUAN MILANO | Case No.: 2:23-mj 89 90 91 92 |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

Your Affiant, Homeland Security Investigations (HSI) Special Agent (S/A) Gaelan Doskey, Hampton, Virginia, being duly sworn, states the following:

1.    Your Affiant began his law enforcement career in January 2007, after being hired by the Newport News, Virginia (VA) Police Department (NNPD).  In July 2007 your Affiant graduated the Newport News Basic Law Enforcement Academy, being certified as a Virginia Police Officer.  From July 2007 until May 2020, your Affiant was employed with NNPD as a Police Officer, Detective, and Task Force Officer assigned to the Drug Enforcement Agency (DEA) Task Force.  During this time your Affiant conducted investigations into state and federal criminal violations.  These included investigations into violations of the Virginia Drug Control Act.  Your Affiant also investigated violations of United States Code (U.S.C.) as it related to distribution of controlled substances, conspiracy to distribute controlled substances, and importation of controlled substances.

2.    In May 2020, your Affiant was hired as a Special Agent with HSI and is currently assigned to the Office of the Special Agent in Charge, Norfolk, Virginia.  Your Affiant is further assigned to the Hampton Roads Peninsula Drug Initiative (HRPDI), High Intensity Drug Trafficking Area (HIDTA) Task Force in Hampton, Virginia.  In January 2021, your Affiant

completed the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program (CITP). Your Affiant graduated the HSI Special Agent Training (HSI-SAT) program in May 2021. Since being employed with HSI, your Affiant has continued to investigate violations of the U.S.C. as it relates to distribution of controlled substances, conspiracy to distribute controlled substances, and importation of controlled substances.

3.    The facts and information contained in this affidavit are based upon my training, knowledge, experience, discussions, and observations with other law enforcement officers. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include every fact and matter observed by me or known to the Government.

4.    Your Affiant makes this affidavit in support of an application for an arrest warrant and a criminal complaint charging the following individuals with Manufacture, Distribution, or Possession with Intent to Distribute a Controlled Substance on a Vessel, in violation of Title 46, U.S.C. § 70503:

    a.    **Edison COMTIN**

    b.    **Jonathon MARTINEZ**

    c.    **Carlos MARCANO**

    d.    **Juan MILANO**

<u>**PROBABLE CAUSE IN SUPPORT OF**</u>
<u>**CRIMINAL COMPLAINT AND ARREST WARRANT**</u>

5.    Since November 2018, Special Agents and Task Force Officers assigned to the Department of Homeland Security (DHS), HSI Norfolk based HIDTA Task Force, in

2

conjunction with DEA Special Agents and Task Force Officers assigned to the Hampton Post of Duty, have been investigating maritime smuggling operations occurring within International Waters.

6.    On May 16, 2023, while on routine patrol in international waters, a Maritime Patrol Aircraft located a Go-Fast Vessel (GFV) occupied by four (4) individuals approximately 115 nautical miles South-East of Isla Beata, Dominican Republic. The GFV did not have any indicia of nationality displayed, had two (2) outboard engines, and was traveling without navigation lights in a known drug trafficking area.   The United States Ship (USS) "Little Rock" was subsequently diverted to interdict the GFV. The "Little Rock" launched a rigid-hull inflatable boat and helicopter to interdict the GFV.

7.    Upon obtaining positive control of the of the GFV, US Navy personnel attempted to identify the crewmen.   None of these individuals claimed to be the master/person in charge of the vessel nor did they claim any nationality for the vessel.  All individuals initially refused to identify themselves or provide their own nationality.

8.    US Navy personnel located forty-nine (49) bales containing approximately one thousand seven hundred thirty (1,730) kilograms (at sea weight) of cocaine, a Schedule II controlled substance.  US Navy personnel conducted field tests on the bales, which yielded positive results for cocaine.

9.    Upon being processed, the four (4) crew members identified themselves as **Edison COMTIN, Jonathon MARTINEZ, Carlos MARCANO,** and **Juan MILANO.**   All crew members found aboard the GFV were detained and are being transferred to the Eastern District of Virginia (EDVA) for prosecution.

WHEREFORE, based upon the above information, your Affiant believes probable cause

3

exists to charge **Edison COMTIN**, **Jonathon MARTINEZ**, **Carlos MARCANO**, and **Juan MILANO** with Manufacture, Distribution, or Possession with Intent to Distribute a Controlled Substance on a Vessel, in violation of Title 46, U.S.C. § 70503

Gaelan A. Doskey
HSI Special Agent
U.S. Department of Homeland Security

Sworn and subscribed to before me on this 24th day of May, 2023.

Hon. Lawrence R. Leonard
United States Magistrate Judge
Norfolk, Virginia

4