IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
IN OPEN COURT

SEP 1 3 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

JONATHON MARTINEZ,

Defendant.

Case No. 2:23-cr-58-03

## STATEMENT OF FACTS

The United States and the defendant, JONATHON MARTINEZ, (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence that the defendant knowingly and intentionally combined, conspired and agreed to distribute and possess with intent to distribute 5 kilograms or more of cocaine, a schedule II controlled substance, in violation of 46 U.S.C. §§ 70506(b), 70503(a)(1) and 70506(a).

1. On May 16, 2023, while on routine patrol in international waters, a Maritime Patrol Aircraft located a Go-Fast Vessel (GFV) occupied by four (4) individuals approximately 115 nautical miles South-East of Isla Beata, Dominican Republic. The GFV did not have any indicia of nationality displayed, had two (2) outboard engines, and was traveling without navigation lights in a known drug trafficking area.

2. The United States Ship (USS) "Little Rock" was subsequently diverted to interdict the GFV. The "Little Rock" launched a rigid-hull inflatable boat and helicopter to interdict the GFV.

3. Upon obtaining positive control of the of the GFV, US Navy personnel attempted to identify the crewmen. None of these individuals claimed to be the master/person in charge of

1

the vessel nor did they claim any nationality for the vessel. All individuals initially refused to identify themselves or provide their own nationality.

4. US Navy personnel located forty-nine (49) bales containing approximately one thousand seven hundred thirty (1,730) kilograms (at sea weight) of cocaine, a Schedule II controlled substance. US Navy personnel conducted field tests on the bales, which yielded positive results for cocaine.

5. Upon being processed, the four (4) crew members later identified themselves as Edison COMTIN (nationality: Dominican Republic), Jonathon MARTINEZ (nationality: Dominican Republic), Carlos MARCANO (nationality: Venezuelan), and Juan MILANO (nationality: Venezuelan).

6. All crew members found aboard the GFV were detained and transferred to the Eastern District of Virginia (EDVA), for prosecution in accordance with 46 U.S.C. § 70503(b)(2).

7. The seized cocaine was processed by the DEA in port, and samples were submitted in accordance with policy for analysis. Exhibit 5 was transported to the DEA Miami Field Division bulk drug warehouse where it was processed and packaged for submission and analysis to the DEA Southeast Laboratory. In doing so, exhibit 5 was inspected by DEA Southeast Laboratory staff and was determined to be 1,480 individually packaged kilograms of cocaine with a total gross weight of 1,727.2 kilograms.

8. The defendant specifically agrees that he combined, conspired, confederated, and agreed with one or more other person to distribute and possess with the intent to distribute 5 kilograms or more of cocaine, a schedule II-controlled substance.

9. The defendant further agrees and acknowledges that there is factual basis for the Court to make the requisite finding of law that the vessel satisfies the jurisdictional requirement of

2

46, U.S.C. §§ 70502 and 70504(a), which defines a vessel without nationality subject to the jurisdiction of the United States and this Court. The defendant agrees that the vessel here was a vessel without nationality under 46 U.S.C. §§ 70502(d). The defendant agree that proper venue lies in the Eastern District of Virginia, under 46 U.S.C. § 70504(b)(2).

10.     This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

11.     The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date:   July 28, 2023                 By:   _____
                                            Kevin M. Comstock
                                            Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, JONATHON MARTINEZ, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

X _Jonathon_

JONATHON MARTINEZ

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Chad Dorsk
Attorney for Martinez

CGD
JM

4